```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

DAVID COOKE,                    )
          Plaintiff,            )
                                )
     v.                         )  C.A. No. 05-10436-JLT
                                )
LAURIE PREIBIS, et al.,         )
          Defendants.           )
```

### MEMORANDUM AND ORDER FOR DISMISSAL

For the reasons stated below, this action is dismissed.

### FACTS

On March 1, 2005, Plaintiff David Cooke filed an application to proceed without prepayment of the filing fee and a civil rights complaint against Laurie Preibus, an employee at the Brockton Registry of Motor Vehicles, and Hermer E. Cole, a Brockton Police Officer, stemming from an altercation at the Registry, and Cooke's arrest as a result.

On April 5, 2005, a Memorandum and Order (#3) issued directing the Plaintiff to show cause within thirty-five (35) days of the date of that Memorandum and Order, why the action should not be dismissed for the reasons stated therein.

### DISCUSSION

To date, Cooke has failed to file a response to the Memorandum and Order, and the time period for doing so has expired.

Accordingly, for the reasons set forth in the April 5, 2005 Memorandum and Order (#3), and for Plaintiff's failure to

show cause why this action should not be dismissed, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

SO ORDERED.

Dated at Boston, Massachusetts, this 17th day of May, 2005.

/s/ Joseph L. Tauro
JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE